**No. 66503.**—Bloomingdale Bros., a Div. of Fed. Dept. Stores, Inc. *v.* United States, protest 60/12993 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlestick holders, sconces, or similar articles similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiff was sustained.

**No. 66504.**—Italian Drugs Importing Co., Inc. *v.* United States, protests 60/25410 and 61/10080 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of samples similar in all material respects to those the subject of *Italian Drugs Importing Co., Inc.* v. *United States* (46 Cust. Ct. 243, C.D. 2263), the claim of the plaintiff was sustained.

**No. 66505.**—Ameln Brothers, Inc. *v.* United States, protest 58/1897 (Boston).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C.D. 1862), the claim of the plaintiff was sustained.